**Anthony HOOVER, Plaintiff–Appellant,**

**and**

**David Scott, Plaintiff,**

v.

**Faye DANIELS; James McKnight; Anthony Florence; Vicki L. Courtney, Defendants–Appellees.**

No. 14–6606.

United States Court of Appeals, Fourth Circuit.

Submitted: July 24, 2014.

Decided: July 29, 2014.

Anthony Leon Hoover, Appellant Pro Se.

Before FLOYD and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Leon Hoover appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012) and denying his motion for reconsideration. We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Hoover v. Daniels*, No. 5:13–ct–03096–BO (E.D.N.C. Apr. 4 & 16, 2014). We deny Hoover's motions to appoint counsel and for amendment. We

dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*